# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MALLINCKRODT PLC, *et al.*,<br><br>Debtor. | Chapter 11<br><br>Bankruptcy Case No. 20-12522 (JTD) |
| DARREL EDELMAN,<br>Appellant,<br><br>v.<br><br>MALLINCKRODT PLC,<br>Appellee. | C.A. No. 22-222-LPS<br>Bankr. BAP No. 22-010 |

## <u>RECOMMENDATION</u>

At Wilmington this **16th** day of **March, 2022**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of

the process.

Appellant, Darrel Edelman, is pro se.  Appellee is Mallinckrodt plc, the Debtor, who is represented by counsel.  Because Appellant is pro se, this judge held a teleconference on March 7, 2022 related to the screening process for mandatory mediation rather than the submission of a joint letter in 22-222-LPS. D.I. 3

The history of litigation to date is as follows.  This Appeal was filed on 2/22/2022 from a Revised Opinion issued by the Honorable John T. Dorsey of the Bankruptcy Court entered on 2/8/22.  See D.I. 1.  On 2/23/2022, the Appeal was assigned to Judge Stark.  As noted above, an Oral Order was issued by this judge on 2/24/2022 for the teleconference, which proceeded on the scheduled date.  Both Appellant and counsel for the Appellee participated.  During this teleconference, Appellee was not interested in mediation because it felt that there was a confirmed Plan entered by Judge Dorsey within the past week.  Further, Appellee is insolvent.  Appellant felt if he were successful on his Appeal, this would return the parties to "square 1."

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court.  The parties were advised of their right to file objections to this Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

2

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge

3